IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wooden, Daphne Lanell | Case Number: 05 B 21215 |
| | Judge: Hollis, Pamela S |
| Printed: 12/19/07 | Filed: 5/26/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 5, 2007
Confirmed: August 1, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 8,022.99 | |
| Secured: | | 4,932.14 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 390.85 |
| Other Funds: | | 0.00 |
| Totals: | 8,022.99 | 8,022.99 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Nuvell Financial Services | Secured | 5,999.59 | 4,932.14 |
| 3. | T Mobile | Unsecured | 70.84 | 0.00 |
| 4. | Premium Marketing Systems Inc | Unsecured | 87.00 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 360.00 | 0.00 |
| 6. | Nuvell Financial Services | Unsecured | 1,354.48 | 0.00 |
| 7. | A All Payday Loan Company Inc | Unsecured | 57.73 | 0.00 |
| 8. | Illinois Dept Of Human Service | Unsecured | 1,962.40 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 226.40 | 0.00 |
| 10. | B-Line LLC | Unsecured | 198.34 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 106.07 | 0.00 |
| 12. | Internal Revenue Service | Priority | | No Claim Filed |
| 13. | Fingerhut | Unsecured | | No Claim Filed |
| 14. | Fingerhut | Unsecured | | No Claim Filed |
| 15. | Fingerhut | Unsecured | | No Claim Filed |
| 16. | First National Bank of Omaha | Unsecured | | No Claim Filed |
| 17. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| 18. | Freedom Card | Unsecured | | No Claim Filed |
| 19. | Popular Club Plan | Unsecured | | No Claim Filed |
| 20. | Majestic Boat | Unsecured | | No Claim Filed |
| 21. | Providian | Unsecured | | No Claim Filed |
| 22. | Trump Casino/Buffington | Unsecured | | No Claim Filed |
| 23. | Triad Financial Services | Unsecured | | No Claim Filed |
| 24. | A All Financial | Unsecured | | No Claim Filed |
| 25. | Cygnet Financial/First Merchants Accpt | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Wooden, Daphne Lanell | Case Number: 05 B 21215 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 12/19/07 | Filed: 5/26/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Kmart Corp | Unsecured | | No Claim Filed |
| 27. | Nicor Gas | Unsecured | | No Claim Filed |
| 28. | Horseshoe Casino Hammond Corp | Unsecured | | No Claim Filed |
| 29. | Women's Workout World | Unsecured | | No Claim Filed |

                                                              _____         _____
                                                              $ 13,122.85         $ 7,632.14

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 36.75 |
| 5.5% | 187.88 |
| 5% | 51.25 |
| 4.8% | 98.40 |
| 5.4% | 16.57 |
| | _____ |
| | $ 390.85 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

